FILED
CLERK, U.S. DISTRICT COURT
NOV - 4 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS TAGUE,<br><br>Plaintiff,<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; and THE LONG TERM DISABILITY COVERAGE FOR ALL EMPLOYEES OF AMERICAN MEDICAL RESPONSE PLAN,<br><br>Defendants. | Case No. CV10-4159 SVW (RCx)<br><br>[PROPOSED] ORDER UPON STIPULATION FOR DISMISSAL |

Based upon the stipulation of the parties and for good cause shown,

**IT IS HEREBY ORDERED** that this action, Case No. CV10-4159 SVW (RCx) is dismissed in its entirety, with prejudice; and

**IT IS HEREBY FURTHER ORDERED** that each party shall bear its own attorneys' fees and costs in this matter.

Dated: 11/2/10

_____
Hon. Stephen V. Wilson
Judge, United States District Court

Case No. CV10-4159 SVW (RCx)
[PROPOSED] ORDER UPON
STIPULATION FOR DISMISSAL

1